UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In Re:    Myungcho Kim,    Chapter 13
Case No. 18-10115-KHK

Debtor(s).

NOTICE OF SUSPENSION OF PLAN PAYMENTS

PER STANDING ORDER 20-12

Comes this day, the Debtor(s), and having certified to counsel for the debtor(s) that she has adversely been financially impacted by the COVID-19 pandemic and gives notice of the suspension of her Chapter 13 plan payments for 3 calendar months starting in the month of April 2020.

The Plan shall be automatically extended by the number of months stated above for the suspension.

Myungcho Kim

By: /s/ Weon G Kim
Counsel for the Debtor

Seen and agreed:

/s/Thomas P. Gorman
Thomas P. Gorman
Chapter 13 Trustee

Weon Geun Kim
Weon G. Kim Law Office
8200 Greensboro Dr., Ste 900
McLean, VA 22102
(Tel) 571.278.3728
(Fax) 703.288.4003
jkkchadol99@gmail.com
VSB #73104
Counsel for Debtor